**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **06- CV - 0 1 0 8 8**

JUN - 8 2006

**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

GREGORY C. LANGHAM
CLERK

KIMBERLY DAWN LUKOW,

     Plaintiff,

v.

SHARON RISNER,
BRENDA NOBLE,
THEREPUTIC [sic] COMMUNITY & STAFF, and
MEDICAL STAFF,

    Defendants.

---

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND
DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

    Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. §1915, a Motion to File Without Payment and Supporting

Financial Affidavit, an Inmate Account Statement, and a Prisoner Complaint. The court

has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if she wishes to pursue her

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __    is not submitted
(2)   __    is missing affidavit

(3)     X     is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing (Account statement submitted does not appear to be certified by a prison official.)

(4)     __     is missing required financial information

(5)     __     is missing an original signature by the prisoner

(6)     __     is not on proper form (must use the court's current form)

(7)     __     names in caption do not match names in caption of complaint, petition or habeas application

(8)     __     An original and a copy have not been received by the court. Only an original has been received.

(9)     __     other _____

**Complaint, Petition or Application**:

(10)     __     is not submitted

(11)     __     is not on proper form (must use the court's current form)

(12)     __     is missing an original signature by the prisoner

(13)     __     is missing page nos. ___

(14)     __     uses et al. instead of listing all parties in caption

(15)     __     An original and a copy have not been received by the court. Only an original has been received.

(16)     __     Sufficient copies to serve each defendant/respondent have not been received by the court.

(17)     __     names in caption do not match names in text

(18)     __     other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this 7ᵗʰ day of June_____, 2006.

BY THE COURT:

BOYD N. BOLAND
United States Magistrate Judge

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. **06 - CV - 01088**

Kimberly D. Lukow
Prisoner No. 124351
DWCF
P.O. Box 392005
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____6·8·06____

GREGORY C. LANGHAM, CLERK

By:_____
            Deputy Clerk