IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01088-BNB

KIMBERLY DAWN LUKOW,

    Plaintiff,

v.

SHARON RISNER,
BRENDA NOBLE,
THEREPUTIC [sic] COMMUNITY & STAFF, and
MEDICAL STAFF,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 3 1 2006

GREGORY C. LANGHAM
                CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

On June 23, 2006, the Court entered an order granting Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 and directed her to pay a $4.00 initial partial filing fee. At the time Ms. Lukow initiated the instant action she was in the custody of Colorado Department of Corrections and was incarcerated at the Denver, Colorado, Women's Correctional Facility. Although Ms. Lukow was a prisoner when she initiated this action, she has since been released from custody, because on July 10, 2006, she filed a Notice of Change of Address stating that her address now is an address located in Quincy, Illinois.

Ms. Lukow's continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether she qualifies for *in forma pauperis* status. See *Whitney v. New Mexico*, 113 F.3d 1170, 1171 n.1 (10th Cir. 1997); see

also *McGore v. Wrigglesworth*, 114 F.3d 601, 612-13 (6th Cir. 1997); *In re Prison Litigation Reform Act*, 105 F.3d 1131, 1138-39 (6th Cir. 1997); *McGann v. Commissioner, Soc. Sec. Admin.*, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Ms. Lukow will be ordered to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Ms. Lukow may elect to pay the $350.00 filing fee in order to pursue her claims in this action. The June 23 Order granting Plaintiff leave to proceed pursuant to § 1915 and directing her to pay a $4.00 initial partial filing fee will be vacated, because Ms. Lukow no longer is incarcerated. Accordingly, it is

ORDERED that the Clerk of the Court send to Plaintiff at her new address copies of both the Court's June 8, 2006, Order and the June 23, 2006, Order. It is

FURTHER ORDERED that the June 23, 2006, Order granting Plaintiff leave to proceed pursuant to 28 U.S.C. § 1915 and directing her to pay a $4.00 initial partial filing fee is vacated, because Ms. Lukow no longer is incarcerated. It is

FURTHER ORDERED that Ms. Lukow, submit **within thirty days from the date of this Order**, an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Ms. Lukow may elect to pay the $350.00 filing fee in order to pursue her claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589 It is

FURTHER ORDERED that the Clerk of the Court mail to Ms. Lukow, at her new address, together with a copy of this Order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, for use by **nonprisoners** in submitting an amended motion and affidavit.

DATED at Denver, Colorado, this 31st day of July, 2006.

BY THE COURT:

*s/Craig B. Shaffer*
CRAIG B. SHAFFER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-01088-BNB

Kimberly D. Lukow
2403 Maine Street, E-1
Quincy, IL 62301

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 7/31/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk